UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, *et al.*,  )  <br>  )  <br> Plaintiffs,  )  <br>  )  <br> v.  )  <br>  )  <br> DEPARTMENT OF YOUTH  )  <br> REHABILITATION SERVICES, *et al.*,  )  <br>  )  <br> Defendants.  ) | Civil Action No.: 08-20 (JR) |

### DEFENDANTS VINCENT SCHIRALDI AND DAVID MUHAMMAD'S CONSENT MOTION TO EXTEND THE DEADLINE FOR FILING A RESPONSE TO PLAINTIFFS' COMPLAINT

Defendants Vincent Schiraldi and David Muhammad, (hereinafter collectively referred to as "defendants"), by and through undersigned counsel, hereby move this Court, pursuant to Fed. P. Civ. R. 6(b)(1), to grant an extension of time until February 25, 2008, to file a response to Plaintiffs' complaint. As reasons therefore, undersigned counsel needs additional time to obtain a Court Order for the release of confidential records that are needed in order to respond to the many allegations set forth in the Complaint. More detailed grounds for the requested relief are set forth in the attached memorandum of points and authorities in support thereto.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

 /s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ Michael P. Bruckheim_____
MICHAEL P. BRUCKHEIM [455192]
ERIC S. GLOVER [83200]
Assistant Attorney General
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-442-9754; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov;
Eric.glover@dc.gov

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GAIL AVENT, *et al.*, ) | |
| ) | Civil Action No.: 08-20 (JR) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF YOUTH ) | |
| REHABILITATION SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS VINCENT SCHIRALDI, AND DAVID MUHAMMAD'S CONSENT MOTION TO EXTEND THE DEADLINE FOR FILING A RESPONSE TO PLAINTIFFS' COMPLAINT**

In support of their Motion to Extend the Deadline for Filing a Response to Plaintiffs' Complaint, these Defendants submit their memorandum of points and authorities, and state as follows:

1. On January 4, 2008, Plaintiffs filed a complaint against Defendants Department of Youth Rehabilitation Services (hereafter "DYRS"), Vincent Schiraldi, Director, David Muhammad, Chief of Committed Services, Charles Akinboyewa, Social Services Officer, David Morris, and LaToya Austin. See Court Docket Entry #1. Within their complaint, Plaintiffs allege constitutional and common law claims against these Defendants with respect to their supervision and care for the minor child, identified in the Complaint as "D.K." Although identified as D.K. in the case caption and throughout the body of the Complaint, upon information and belief, the child's initials are D.F. According to Plaintiff Avent, LaToya Austin sexually abused D.K. (D.F.) while he was in the care and custody of these Defendants. See Complaint, generally, at Docket Entry #1.

2. Defendants Schiraldi and Muhammad were served with the summons and complaint on January 4, 2008. Under the Federal Rules of Civil Procedure, these Defendants must file a response by January 24, 2008. See Fed. P. Civ. R. 12(a)(1)(A).

3. In order to properly assess Plaintiffs' allegations, including Plaintiff Avent's standing to sue on behalf of D.K. (D.F.), undersigned counsel must review D.K.'s (D.F.) social and juvenile court records. These records are confidential pursuant to D.C. Official Code §§ 16-2331 and 16-2332 (2001 ed.), and may not be disclosed or otherwise used in this matter absent a court order.

4. On January 24, 2008, these Defendants filed a petition with the Family Services Division in the Superior Court for the District of Columbia in order to access D.K.'s (D.F.) records. Therefore, these Defendants request additional time up to February 25, 2008, to file a response to Plaintiffs' Complaint. This additional time will allow the Superior Court time to review and act upon these Defendants' application for the release of D.K.'s (D.F.) records, and an opportunity for these Defendants to review the records and file a proper response to the Complaint.

5. Undersigned counsel has conferred with Plaintiff Avent, who is acting *pro se,* and obtained consent for the relief requested in this motion.

6. Fed. P. Civ. R. 6(b)(1) provides that: "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion with or without a motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…"

7.	This motion satisfies the requirements of Rule 6(b)(1), because it is being filed prior to the prescribed deadline for the filing of a response to Plaintiffs' complaint, and is for cause shown.

8.	No party will be unduly prejudiced by the granting of this Motion.

WHEREFORE, for the reasons stated herein, Defendants request an extension of time to file their response to Plaintiffs' complaint until February 25, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


 /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


 /s/ Michael P. Bruckheim
MICHAEL P. BRUCKHEIM [455192]
ERIC S. GLOVER [83200]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov;


**Rule 7(m) Certification**

Pursuant to LCvR 7(m), on January 24, 2008, undersigned counsel spoke with the Plaintiff Avent, who is acting pro se, and obtained consent to the relief requested in this motion.

/s/ Michael P. Bruckheim
  MICHAEL P. BRUCKHEIM

5

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GAIL AVENT, *et al.*,               ) | |
|                                      ) | Civil Action No.: 08-20 (JR) |
|     Plaintiffs,  ) | |
|                                      ) | |
| v.                                   ) | |
|                                      ) | |
| DEPARTMENT OF YOUTH                  ) | |
| REHABILITATION SERVICES, *et al.*,   ) | |
|                                      ) | |
|     Defendants.  ) | |

**ORDER**

Upon consideration of Defendants Vincent Schiraldi and David Muhammad's Motion to Extend the Time to File a Response to Plaintiffs' Complaint, Plaintiff Gail Avent's consent thereto, and the record herein, it is this __ day of _____, 2008,

ORDERED: that the motion to extend the time to file a response to Plaintiffs' Complaint is hereby granted for the reasons set forth in the Motion; and it is,

FURTHER ORDERED: that the Defendants shall file a response to Plaintiffs' Complaint on or before February 25, 2008.

 

                                                                                      _____
                                                                                      Judge James Robertson
                                                                                      U.S. District Court Judge

Copies to:

Ms. Gail Avent
4818 Jay Street, NE
Washington, DC 20019