UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
GAIL AVENT, next friend &      :
guardian of D.K.,              :
                               :
         Plaintiff,            :
                               :
    v.                         :   Civil Action No. 08-0020 (JR)
                               :
DEPARTMENT OF YOUTH            :
REHABILITATION SERVICES,       :
                               :
         Defendant.            :
```

### ORDER

Plaintiff appears <u>pro se</u>.  She has not properly served defendant Charles Akinboyema, who must be dismissed (without prejudice) for want of personal jurisdiction.  She has sued the wrong defendant, the Department of Youth Correction Services, which is <u>non sui juris</u> (meaning that it is not a separate entity that can be sued).  The Court will <u>sua sponte</u> (on its own motion) substitute the District of Columbia as the defendant in this case, which will henceforth be styled (named) <u>Avent v. District of Columbia</u>.  The District's motion to dismiss or for summary judgment [4] is thus **granted in part and denied in part.**  The District's motion for extension of time [3] is **granted**, and the District may have until February 25, 2008 to answer, move or otherwise plead to the complaint.  It is **SO ORDERED.**

                              JAMES ROBERTSON
                        United States District Judge