UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAIL AVENT next best friend & guardian of
D.F.
4818 Jay Street N. E.
Washington, D. C. 20019
202-747-8878
    vs.                        CIVIL ACTION NO. 08-20 (JR)

DEPARTMENT OF YOUTH
REHABILITATION SERVICES, et. al

## AFFIDAVIT OF SERVICE

I, Gail E. Avent, hereby declare that on the __4__ day of __January, 2008__, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Office of Risk Mgmt. Attention: Civil Division, Attorneys for the Department of Youth Rehabilitation Services. Attached hereto is the certified green card acknowledging service.

[Domestic Return Receipt card attached - addressed to: Office of Risk Mgmt, Attn: Civil Division, 441 4th St. NW, Wash DC 20001; Article Number: 7006 2760 0001 6744 9881; PS Form 3811, February 2004]

Gail Avent
4818 Jay Street N. E.
Washington, D. C. 20019
202-747-8878

**RECEIVED**
FEB - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAIL AVENT next best friend & guardian of
D.F.
4818 Jay Street N. E.
Washington, D. C. 20019
202-747-8878
    vs.                        CIVIL ACTION NO. 08-20 (JR)

DEPARTMENT OF YOUTH
REHABILITATION SERVICES, et. al

## AFFIDAVIT OF SERVICE

I, Gail E. Avent, hereby declare that on the __4__ day of __January, 2008__, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Office of Mayor's Office: Legal Department. Attached hereto is the certified green card acknowledging service.

[Attached certified mail return receipt (PS Form 3811) addressed to: Mayor Office Legal Department, 1360 Pa. Ave NW, Wash DC 20004. Article Number: 7006 2760 0001 6744 9874. Received by: M. Smith, Date of Delivery: 1-9-2008.]

Gail Avent
4818 Jay Street N. E.
Washington, D. C. 20019
202-747-8878

RECEIVED
FEB - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAIL AVENT next best friend & guardian of
D.F.
4818 Jay Street N. E.
Washington, D. C. 20019
202-747-8878
    vs.                          CIVIL ACTION NO. 08-20 (JR)

DEPARTMENT OF YOUTH
REHABILITATION SERVICES, et. al

### AFFIDAVIT OF SERVICE

I, Gail E. Avent, hereby declare that on the __4__ day of __January, 2008__, Defendant David Muhammad was served by a process server at his place of employment located at 450 H Street N, W, Washington, D. C. a copy of the summons and complaint. Attached hereto is the Return of Services acknowledging service.

_____

RECEIVED
FEB - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gail Avent
4818 Jay Street N. E.
Washington, D. C. 20019
202-747-8878

AO 440 (Rev. DC September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 1-4-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Bonnie Muchinson | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _See attached_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _January 4, 2008_      _Bonnie Muchinson_
                Date                          Signature of Server

_1149 4th St. NE Wash DC 2002_
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RECEIPT OF DOCUMENT

I certify the receipt of documents for David Muhammad, Chief, Committed Service, DYRS located at 450 H Street N. W, Washington, D. C. This 4th day of January 2008

Signature _[signature]_

Date: _1/4/08_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAIL AVENT next best friend & guardian of
D.F.
4818 Jay Street N. E.
Washington, D. C. 20019
202-747-8878
    vs.                             CIVIL ACTION NO. 08-20 (JR)

DEPARTMENT OF YOUTH
REHABILITATION SERVICES, et. al

### AFFIDAVIT OF SERVICE

I, Gail E. Avent, hereby declare that on the __4__ day of __January, 2008__, Defendant Charles Akinboyewa was served by a process server at his place of employment located at 450 H Street N.W., Washington, D. C. a copy of the summons and complaint. Attached hereto is the Return of Services acknowledging service.

_____

**RECEIVED**
FEB - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_(signature)_
Gail Avent
4818 Jay Street N. E.
Washington, D. C. 20019
202-747-8878

AO 440 (Rev. DC September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 1-4-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Bonnie Murchison | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _See attached_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _January 4, 2008_          _Bonnie Murchison_
              Date                        Signature of Server

_1149 4th St. NE Wash DC 20002_
Address of Server

) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RECEIPT OF DOCUMENT

I certify the receipt of documents for Charles Akinboyewa, DYRS located at 450 H Street, N. W., Washington, D. C. This 4th day of January 2008

Signature _Danielle_ _(signature)_

Date: 1/4/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAIL AVENT next best friend & guardian of
D.F.
4818 Jay Street N. E.
Washington, D. C. 20019
202-747-8878
    vs.                             CIVIL ACTION NO. 08-20 (JR)

DEPARTMENT OF YOUTH
REHABILITATION SERVICES, et. al

## AFFIDAVIT OF SERVICE

I, Gail E. Avent, hereby declare that on the __4__ day of __January, 2008__, Defendant Vincent Schiraldi was served by a process server at his place of employment located at 1000 Mt. Olivet Road N. E., Washington, D. C. a copy of the summons and complaint. Attached hereto is the Return of Services acknowledging service.

_____

**RECEIVED**

FEB - 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gail Avent
4818 Jay Street N. E.
Washington, D. C. 20019
202-747-8878

AO 440 (Rev. DC September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1-4-08 |
| NAME OF SERVER (PRINT) Bonnie Mutchinson | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _See attached_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _January 4, 2008_  _Bonnie Mutchison_
          Date               Signature of Server

_1149 4th St. NE Wash DC 20002_
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RECEIPT OF DOCUMENT

I certify the receipt of documents for Vincent Schiraldi, DYRS located at 1000 Mt. Olivet Rd N. E., Washington, D. C.  This 4th day of January 2008

Signature _J. Renee Johnson_

Date: _1/4/08_