## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GAIL AVENT, *et al.*,          )
                                     )     Civil Action No.: 08-20 (JR)
            Plaintiffs,      )
                                     )
v.                                   )
                                   )
DEPARTMENT OF YOUTH      )
REHABILITATION SERVICES, *et al.*,   )
                                   )
            Defendants.      )

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Defendant District of Columbia ("defendant"), by and through counsel, herein moves pursuant to LCvR 5.1(j) for leave to file a document under seal. In support thereof, defendant states as follows:

1.     Gail Avent, individually and on behalf of her child, "D.F." filed this civil lawsuit, and alleges that the minor child was involved in an improper sexual relationship with a DYRS employee while in the care and custody of DYRS, a District agency.

2.     Plaintiff Avent repeatedly alleges that she placed the District on notice of the improper relationship between her child and the correctional officer and repeatedly had discussions with and/or sent letters to District employees regarding the improper relationship. Any information relative to these allegations, if they exist, would be contained in the child's social records.

3.     Although upon information and belief, DYRS has the minor child's social records, the District is unable to use those records in its defense and/or to answer to the allegations set forth in the Amended Complaint absent a Court Order allowing it to do so.

See D.C. Official Code § 16-2336, making it unlawful to disclose information concerning a child in violation of §§ 16-2331 through 16-2335.

4.    The District seeks to file a motion asking this Court to inspect the child's social records.  The District's motion refers to the child's full name, and as such, the District respectfully asks this Court to allow the District to file its motion under seal.

5.    LCvR 5.1(j) states that, "Absent statutory authority, no cases or documents may be sealed without an order from the Court.  Any pleading filed with the intention of being sealed shall be accompanied by a motion to seal."

6.    Undersigned counsel spoke with plaintiff, who has consented to the relief requested in this motion.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_/s/ Michael P. Bruckheim_____
MICHAEL P. BRUCKHEIM [455192]
ERIC S. GLOVER [83200]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-442-9754; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov;
Eric.glover@dc.gov

**Rule 7(m) Certification**

Pursuant to LCvR 7(m), on February 12, 2008, undersigned counsel spoke with

Plaintiff Gail Avent, who is acting *pro se*, and obtained consent to the relief requested in

this motion.


/s/ Michael P. Bruckheim_____
MICHAEL P. BRUCKHEIM

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2008, a copy of the foregoing

District of Columbia's Consent Motion to File Document Under Seal was sent via

electronic mail and first class mail, postage prepaid to:

Ms. Gail Avent
4818 Jay Street, NE
Washington, DC 20019
Parent and pro se counsel for D.F.


_____/s/ Michael P. Bruckheim
MICHAEL P. BRUCKHEIM
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| GAIL AVENT, *et al.*, | ) | |
| | ) | Civil Action No.: 08-20 (JR) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF YOUTH | ) | |
| REHABILITATION SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

In support of its motion for leave to file a document under seal, this defendant

cites and relies upon the following list of authorities:

1.    LCvR 5.1(j).

2.    Plaintiff's consent.

3.    The Court's equitable powers.

4.    The record herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_/s/ Michael P. Bruckheim_____
MICHAEL P. BRUCKHEIM [455192]
ERIC S. GLOVER [83200]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-442-9754; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov;
Eric.glover@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GAIL AVENT, *et al.*,                                    )
                                                                         )          Civil Action No.: 08-20 (JR)
                              Plaintiffs,                   )
                                                                         )
v.                                                                       )
                                                                         )
DEPARTMENT OF YOUTH                        )
REHABILITATION SERVICES, *et al.*,    )
                                                                         )
                              Defendants.                  )

<u>**ORDER**</u>

Upon consideration of defendant District of Columbia's Consent Motion for

Leave to File a Document Under Seal, and the record herein, it is this _____ day of

_____, 2008,

ORDERED:  that defendant District of Columbia's Motion for Leave to File a

Document Under Seal is hereby GRANTED; and it is,

FURTHER ORDERED:  that defendant's Motion for Permission to Obtain a

Juvenile's Social Records is hereby accepted for filing under seal.

_____
Judge James Robertson

Cc:


Ms. Gail Avent
4818 Jay Street, NE
Washington, DC 20019