UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, *et al.*,    ) | |
| ) | Civil Action No.: 08-20 (JR) |
| Plaintiffs,    ) | |
| ) | |
| v.    ) | |
| ) | |
| DEPARTMENT OF YOUTH    ) | |
| REHABILITATION SERVICES, *et al.*,    ) | |
| ) | |
| Defendants.    ) | |

## **DEFENDANT DISTRICT OF COLUMBIA'S NOTICE OF FILING UNDER SEAL**

Defendant District of Columbia ("defendant"), by and through counsel, hereby states that it has filed its Motion for Permission to Obtain a Juvenile's Social Records under seal with the Clerk's Office of the United States District Court for the District of Columbia on February 12, 2008..

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

  /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

      /s/ Michael P. Bruckheim
MICHAEL P. BRUCKHEIM [455192]
ERIC S. GLOVER [83200]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-442-9754; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov;
Eric.glover@dc.gov