FILED

FEB 2 1 200

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GAIL AVENT, *et al.*,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs,　　　　　)　　Civil Action No.: 08-20 (JR)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
DEPARTMENT OF YOUTH　　　　　　)
REHABILITATION SERVICES, *et al.*,　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　)

## ORDER

Upon consideration of defendant District of Columbia's Consent Motion for

Leave to File a Document Under Seal, and the record herein, it is this 21st day of

_Feb_, 2008,

ORDERED: that defendant District of Columbia's Motion for Leave to File a

Document Under Seal is hereby GRANTED; and it is,

FURTHER ORDERED: that defendant's Motion for Permission to Obtain a

Juvenile's Social Records is hereby accepted for filing under seal.

Cc:

JAMES ROBERTSON
United States District Judge

Ms. Gail Avent
4818 Jay Street, NE
Washington, DC 20019