UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, *et al.*, | ) |
| | ) Civil Action No.: 08-20 (JR) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF' OPPOSITION TO DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE DEADLINE

Plaintiff Gail Avent, et. Al (herein referred to as "plaintiff"), as PRO SE counsel, hereby moves this Court to deny an extension of time until March 25, 2008, to file a response to Plaintiffs' amended complaint. Defendant has sufficient information before them to answer the allegations of plaintiff's complaint. Moreover, defendant have been conducting an investigation and gathering documents relating to the basis of plaintiff's complaint for more than a year. More detailed grounds for the requested relief are set forth in the attached memorandum of points and authorities in support thereto.

Respectfully submitted,

Gail Avent
PRO SE Plaintiff
4818 Jay Street N. E.
Washington, D.C. 20019
202-747-8878

RECEIVED
FEB 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, *et al.*, | ) |
| | ) Civil Action No.: 08-20 (JR) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF OPPOSITION TO DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE DEADLINE FOR FILING A RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT

In support of its Motion to Opposition to granting an extension for Filing a Response to Plaintiffs' Amended Complaint, plaintiff submits its memorandum of points and authorities, and states as follows:

1. By Court Order of January 28, 2008, the District of Columbia was substituted as the lone defendant in this action. See Court Docket, No. #5. This Court granted defendant leave until February 25, 2008, to file a response to plaintiffs' complaint. Plaintiff an amended complaint on February 2, 2008 after discovering initial of the minor child were incorrectly identified and identify a new party to the complaint.

2. Defendants failed to properly serve motion to dismiss upon her in this matter. The only notification of any pleadings being filed came by way of receiving this court's Order through the mail. The Court directed defendant to provide an answer on February 25, 2008. Defendants again are using stall tactic to subvert answering the complaint filed herein.

3. As alleged in the complaint, defendant have been aware of the allegation of the complaint and have been investigating and gathering documents for more than a year. Defendants have more than ample evidence at their immediate disposal to answer this lawsuit.

4. Despite defendants' allegations, plaintiff is no longer referencing dismissed parties.

5. Defendant's motion does not satisfies the requirements of Rule 6(b)(1), because no cause has been shown for an extension

7. Plaintiff will be unduly prejudiced by the granting of this Motion.

WHEREFORE, for the reasons stated herein, Plaintiff requests that this court deny the request for an extension of time to file its response to Plaintiffs' amended complaint until March 25, 2008.

        Respectfully submitted,

        *[signature]*
        Gail Avent
        PRO SE Plaintiff
        4818 Jay Street NE
        Washington, D. C.
        (202) 747-8878

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2008, a copy of the foregoing Plaintiff Opposition to Defendant request for an extension of time was sent via electronic mail to:

_____
Gail Avent

Counsel for Defendant
Michael Bruckheim
Assistant Attorney General
441 4th Street N.W.
Washington D.C.