FILED

FEB 21 200...

NANCY MAYER WHITTINGTON
U.S. DISTRICT ...

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, *et al.*, | ) |
| | ) Civil Action No.: 08-20 (JR) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT OF YOUTH | ) |
| REHABILITATION SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of defendant District of Columbia's Consent Motion for Leave to File a Document Under Seal, and the record herein, it is this 21st day of Feb, 2008,

ORDERED: that defendant District of Columbia's Motion for Leave to File a Document Under Seal is hereby GRANTED; and it is,

FURTHER ORDERED: that defendant's Motion for Permission to Obtain a Juvenile's Social Records is hereby accepted for filing under seal.

Cc:

Ms. Gail Avent
4818 Jay Street, NE
Washington, DC 20019

JAMES ROBERTSON
United States District Judge