FILED

FEB 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, *et al.*, ) | |
| ) | Civil Action No.: 08-20 (JR) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant District of Columbia's Motion to Extend the Time to File a Response to Plaintiffs' Amended Complaint, any opposition thereto, and the record herein, it is this 22nd day of Feb, 2008,

ORDERED: that the motion to extend the time to file a response to Plaintiffs' Amended Complaint is hereby granted for the reasons set forth in the Motion; and it is,

FURTHER ORDERED: that the Defendant District of Columbia shall file a response to Plaintiffs' Amended Complaint on or before March 25, 2008.

_____
James Robertson
United States District Judge

Copies to:

Ms. Gail Avent
4818 Jay Street, NE
Washington, DC 20019