**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GAIL AVENT, *et al.*, ) | |
| ) | Civil Action No.: 08-20 (JR) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE DEADLINE FOR FILING A RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant District of Columbia, (hereinafter collectively referred to as "defendant"), by and through undersigned counsel, hereby moves this Court, pursuant to Fed. P. Civ. R. 6(b)(1), to grant an extension of time until May 28, 2008, to file a response to Plaintiffs' amended complaint. As reasons therefore, defendant needs additional time to obtain a Court Order for the release of confidential records that are needed in order to respond to the many allegations set forth in the Amended Complaint. More detailed grounds for the requested relief are set forth in the attached memorandum of points and authorities in support thereto.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

 /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ Michael P. Bruckheim_____
MICHAEL P. BRUCKHEIM [455192]
ERIC S. GLOVER [83200]
Assistant Attorney General
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-442-9754; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov;
Eric.glover@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, *et al.*, ) | |
| ) | Civil Action No.: 08-20 (JR) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE DEADLINE FOR FILING A RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT**

In support of its Motion to Extend the Deadline for Filing a Response to Plaintiffs' Amended Complaint, defendant submits its memorandum of points and authorities, and states as follows:

1. On January 4, 2008, Plaintiffs filed a complaint against Defendants Department of Youth Rehabilitation Services (hereafter "DYRS"), Vincent Schiraldi, Director, David Muhammad, Chief, Committed Services, Charles Akinboyewa, Program Manager, David Morris, and LaToya Austin. See Court Docket Entry #1. Within their complaint, Plaintiffs allege constitutional and common law claims against these defendants with respect to their supervision and care for the minor child, identified in the Amended Complaint as "D.F." According to Plaintiff Avent, LaToya Austin sexually abused D.F. while he was in the care and custody of these Defendants. See Complaint, generally, at Docket Entry #1.

2. By Court Order of January 28, 2008, the District of Columbia was substituted as the lone defendant in this action. See Court Docket, No. #5. This Court granted defendant leave until February 25, 2008, to file a response to plaintiffs' complaint. Plaintiff filed her amended

3

complaint on February 2, 2008. The Amended Complaint continues to identify the already dismissed defendants as party defendants. See Court Docket, #7.

3. In order to properly assess Plaintiffs' allegations, including Plaintiff Avent's standing to sue on behalf of D.F., the District must review D.D.F.'s social and juvenile court records. These records are confidential pursuant to D.C. Official Code §§ 16-2331 and 16-2332 (2001 ed.), and may not be disclosed or otherwise used in this matter absent a court order.

4. On January 24, 2008, the District filed a petition with the Family Services Division in the Superior Court for the District of Columbia in order to access D.F.'s records. The Petition was denied on February 6, 2008. See Court Docket #9 and Exhibit A, District of Columbia' Motion for Permission to Obtain a Juvenile's Social Records, filed under seal on February 12, 2008. Defendant has filed a motion under seal with this Court to obtain permission to review D.F.'s social records. Court Docket, #9. As of this filing, the motion has not been granted. Accordingly, defendant requests additional time up to May 28, 2008, to file a response to Plaintiffs' amended complaint. This additional time will allow this Court time to review and act upon defendant's application for the release of D.F.'s records, and an opportunity for defendant to review the records and file a proper response to the Amended Complaint.

5. Fed. P. Civ. R. 6(b)(1) provides that: "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion with or without a motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…"

6. This motion satisfies the requirements of Rule 6(b)(1), because it is being filed prior to the prescribed deadline for the filing of a response to plaintiffs' amended complaint, and is for cause shown.

7. No party will be unduly prejudiced by the granting of this Motion.

WHEREFORE, for the reasons stated herein, Defendant requests an extension of time to file its response to Plaintiffs' amended complaint until May 28, 2008.

>Respectfully submitted,
>
>PETER J. NICKLES
>Interim Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General,
>Civil Litigation Division
>
>_/s/ Patricia A. Jones_____
>PATRICIA A. JONES [428132]
>Chief, General Litigation Sec. IV
>
>_/s/ Michael P. Bruckheim_____
>MICHAEL P. BRUCKHEIM [455192]
>ERIC S. GLOVER [83200]
>Assistant Attorney General
>441 4TH Street, NW, 6th Floor-South
>Washington, D.C. 20001
>202-724-6649; 202-727-6295
>E-mail: Michael.bruckheim@dc.gov;

### **Rule 7(m) Certification**

Pursuant to LCvR 7(m), on March 19, 2008, undersigned counsel communicated via e-mail with the Plaintiff Avent, who is acting pro se. Plaintiff did not consent to the relief requested in this motion.

>/s/ Michael P. Bruckheim_____
>MICHAEL P. BRUCKHEIM

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2008, a copy of the foregoing District of Columbia's Motion to Extend the Deadline for Filing a Response to Plaintiffs' Amended Complaint was sent via electronic mail to:

Ms. Gail Avent
4818 Jay Street, NE
Washington, DC 20019
Parent and pro se counsel for Derrick Fuller

                                                  /s/ Michael P. Bruckheim
                                                  MICHAEL P. BRUCKHEIM
                                          Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. ) | Civil Action No.: 08-20 (JR) |

## ORDER

Upon consideration of Defendant District of Columbia's Motion to Extend the Time to File a Response to Plaintiffs' Amended Complaint, any opposition thereto, and the record herein, it is this __ day of _____, 2008,

ORDERED: that the motion to extend the time to file a response to Plaintiffs' Amended Complaint is hereby granted for the reasons set forth in the Motion; and it is,

FURTHER ORDERED: that the Defendant District of Columbia shall file a response to Plaintiffs' Amended Complaint on or before May 28, 2008.

_____
Judge James Robertson
U.S. District Court Judge

Copies to:

Ms. Gail Avent
4818 Jay Street, NE
Washington, DC 20019