IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, next best friend & guardian of D.F. : <br><br> Plaintiffs, : <br> v. : <br><br> DEPARTMENT OF YOUTH : <br> SERVICES, *et al*, : <br><br> Defendant(s). : | Civil Action No. 08-00020(JR) |

## PRAECIPE TO ENTER APPEARANCE

The Clerk of the Court will please enter the appearance of ERIC S. GLOVER, Assistant Attorney General for the District of Columbia, as counsel for defendant the District of Columbia, Vincent Schiraldi and Charles Akinboyewa.

        Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

   /s/ Eric S. Glover
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 442-9754
Eric.Glover@dc.gov