## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants District Of Columbia, Charles Akinboyewa, Vincent N. Schiraldi, and David Muhammad's Motion To Dismiss Plaintiff's First Amended Complaint, or, in the Alternative, Motion For Summary Judgment was sent via First Class Mail, this 28th day of May, 2008, to:

GAIL AVENT
4818 Jay Street NE
Washington, DC 20019

/s/ Eric S. Glover  _____
ERIC S. GLOVER
Assistant Attorney General