UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, et al., | ) |
| | ) Civil Action No.: 08-20 (JR) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR FILING A RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiff Gail Avent, PRO SE plaintiff hereby moves this Court, pursuant to Fed. P. Civ. R. 6(b)(1), to grant an extension of time until August 28, 2008, to file a response to Defendants' motion to dismiss plaintiff's amended complaint. As reasons therefore, plaintiff needs additional time properly respond to the many allegations set forth in the Motion to Dismiss Plaintiff's Amended Complaint. More detailed grounds for the requested relief are set forth in the attached memorandum of points and authorities in support thereto.

Respectfully submitted,

Gail Avent, PRO SE plaintiff
4818 Jay Street, N.E.
Washington, D. C. 20019
202-747-8878
E-Mail: gaileavent@yahoo.com

RECEIVED
JUN 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, et al., | ) |
| | ) Civil Action No.: 08-20 (JR) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Extend the Time to File a Response to Defendants Motion to Dismiss Amended Complaint, any opposition thereto, and the record herein, it is this __ day of _____, 2008,

ORDERED: that the motion to extend the time to file a response to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint is hereby granted for the reasons set forth in the Motion; and it is,

_____ Judge James Robertson
U.S. District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, et al., | ) |
| | ) Civil Action No.: 08-20 (JR) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR FILING A RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

In support of its Motion to Extend the Deadline for Filing a Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint, plaintiff submits its memorandum of points and authorities, and states as follows:

1. On January 4, 2008, Plaintiffs filed a complaint against Defendants Department of Youth Rehabilitation Services (hereafter "DYRS"), Vincent Schiraldi, Director, David Muhammad, Chief, Committed Services, Charles Akinboyewa, Program Manager, David Morris, and LaToya Austin.

2. Plaintiffs allege constitutional and common law claims against these defendants with respect to their supervision and care for the minor child, identified in the Amended Complaint as "D.F."

3. By Order of this court, in March, 2008, the District of Columbia was granted an extension of time to respond to plaintiff's Amended complaint.

4. This motion satisfies the requirements of Rule 6(b)(1), because it is being filed prior to the prescribed deadline for the filing of a response to defendants' motion to dismiss plaintiff's amended complaint, and is for cause shown.

5. No party will be unduly prejudiced by the granting of this Motion.

WHEREFORE, for the reasons stated herein, Plaintiff requests an extension of time to file its response to Defendants' motion to dismiss plaintiff's amended complaint until August 28, 2008.

Respectfully submitted,

/s/ Gail Avent

Gail Avent, PRO SE plaintiff
4818 Jay Street, N.E.
Washington, D. C. 20019
202-747-8878
E-Mail: gaileavent@yahoo.com

**Rule 7(m) Certification**

Pursuant to LCvR 7(m), on June 27, 2008, undersigned transmitted via e-mail to Eric Glover, attorney for defendants. Defendant did not respond to telephone call, left message.

/s/ Gail Avent
   GAIL AVENT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2008, a copy of the foregoing District of Columbia's Motion to Extend the Deadline for Filing a Response to Defendants Amended Complaint was sent via electronic mail to:

Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-442-9754; 202-727-6295
                 E-mail: Eric.glover@dc.gov