UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, *et al.*, | ) |
| | ) Civil Action No.: 08-20 (JR) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR FILING A RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Plaintiff Gail Avent, PRO SE plaintiff hereby moves this Court, pursuant to Fed. P. Civ. R. 6(b)(1), to grant an extension of time until September 30, 2008, to file a response to Defendants' motion to dismiss plaintiff's amended complaint. As reasons therefore, plaintiff needs additional time properly respond to the many allegations set forth in the Motion to Dismiss Plaintiff's Amended Complaint. More detailed grounds for the requested relief are set forth in the attached memorandum of points and authorities in support thereto.

Respectfully submitted,

Gail Avent, PRO SE plaintiff
3406 N Street SE
Washington, D. C. 20020
202-747-8878
E-Mail: gaileavent@yahoo.com

**RECEIVED**
AUG 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, *et al.*, | ) |
| | ) Civil Action No.: 08-20 (JR) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR FILING A RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

In support of its Motion to Extend the Deadline for Filing a Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint, plaintiff submits its memorandum of points and authorities, and states as follows:

1. On January 4, 2008, Plaintiffs filed a complaint against Defendants Department of Youth Rehabilitation Services (hereafter "DYRS"), Vincent Schiraldi, Director, David Muhammad, Chief, Committed Services, Charles Akinboyewa, Program Manager, David Morris, and LaToya Austin.

2. Plaintiffs allege constitutional and common law claims against these defendants with respect to their supervision and care for the minor child, identified in the Amended Complaint as "D.F."

3. By Order of this court, in March, 2008, the District of Columbia was granted an extension of time to respond to plaintiff's Amended complaint.

4. By Order of this court, Pro SE Plaintiff was granted until August 28, 2008 to answer above referenced motion.

5. On August 14, 2008, Pro SE Plaintiff received a telephone call that the subject of this lawsuit was arrested in Gaffney, S. C., on a number of charges.

6. On August 14, 2008, Pro SE Plaintiff contacted DK's case manager and was assured that DK would be brought to the District of Columbia. To date, D.K. remains in SC despite repeated assurance that DYRS would bring him back to the District.

7. PRO SE plaintiff needs additional time for filing the herein required response because she needs to travel to Gaffney, S. C. to talk to D.K. and inquire about release options.

8. In the alternative, PRO SE would like to amend said complaint to provide additional information required to fulfill pleading requirements.

9. This motion satisfies the requirements of Rule 6(b)(1), because it is being filed prior to the prescribed deadline for the filing of a response to defendants' motion to dismiss plaintiff's amended complaint, and is for cause shown.

10. Defendants were contacted in reference to the filing of this motion, and they opposed an extension.

11. No party will be unduly prejudiced by the granting of this Motion.

WHEREFORE, for the reasons stated herein, Plaintiff requests an extension of time to file its response to Defendants' motion to dismiss plaintiff's amended complaint until September 30, 2008.

Respectfully submitted,

Gail Avent, PRO SE plaintiff
4818 Jay Street, N.E.
Washington, D. C. 20019
202-747-8878 E-Mail:
gaileavent@yahoo.com

**Rule 7(m) Certification**

Pursuant to LCvR 7(m), on August 26, 2008, undersigned transmitted via e-mail to Eric Glover, attorney for defendants. Defendant did not respond to telephone call, left message.

/s/ Gail Avent
  GAIL AVENT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2008, a copy of the foregoing District of Columbia's Motion to Extend the Deadline for Filing a Response to Defendants Amended Complaint was sent via electronic mail to:

Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-442-9754; 202-727-6295
E-mail: Eric.glover@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL AVENT, *et al.*, | ) |
| | ) Civil Action No.: 08-20 (JR) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Motion to Extend the Time to File a Response to Defendants Motion to Dismiss Amended Complaint, any opposition thereto, and the record herein, it is this ___ day of _____, 2008,

    ORDERED: that the motion to extend the time to file a response to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint is hereby granted for the reasons set forth in the Motion; and it is,


_____  Judge James Robertson
    U.S. District Court Judge